## Case No. 7,339.

### The JOHN E. HOLBROOK.

[7 Ben. 356.] [1]

District Court, S. D. New York. June, 1874.

R. D. Benedict, for libellant.
W. R. Beebe, for claimant.

BLATCHFORD, District Judge. I think that, under section 35 of the shipping act, the libellant is entitled to double pay for ten days. Under section 61 of the same act, wages due to a seaman cannot be attached, and a payment of wages to a seaman, nothwithstanding an attachment, is valid. Let a decree be entered for the libellant for $225 and costs.